IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

No. 5:12-cr-00274-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| DARIO GOMEZ-JUAREZ, | |
| Defendant. | |

THIS CAUSE came before the court upon Defendant Dario Gomez-Juarez's *Motion to Access Sealed Documents*, asking this court to grant his attorney access to certain sealed filings for the purpose of representing Mr. Gomez-Juarez on appeal. The court GRANTS Defendant's motion, and the clerk's office is ordered to allow access to counsel to view docket entry numbers 238, 239 and 288.

SO ORDERED. This __6__ day of February, 2015.

JAMES C. DEVER III
Chief United States District Judge